# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004–1408

| | |
|---|---|
| IN RE: Lawrence A. First | CASE NO.: 22–11020–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9650 | CHAPTER: 11 |

# DEFICIENCY NOTICE FOR INDIVIDUAL DEBTORS IN CHAPTER 11 AND 12 CASES

PLEASE TAKE NOTICE that the documents appearing below must be filed with the Court by the applicable deadline:

20 Largest Unsecured Creditors due at time of filing
Attorney Disclosure Statement due 08/10/2022
Local Rule 1007–2 Affidavit due at time of filing
* Schedule A/B: Property (Official Form 106A/B) due 08/10/2022
Schedule C: The Property You Claim as Exempt (Official Form 106C) due 08/10/2022
* Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D) due 08/10/2022
* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) due 08/10/2022
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) due 08/10/2022
Schedule H: Your Codebtors (Official Form 106H) due 08/10/2022
* Schedule I: Your Income (Official Form 106I)[1] due 08/10/2022
* Schedule J: Your Expenses (Official Form 106J)[1] due 08/10/2022
* Statement of Financial Affairs due 08/10/2022
Summary of Assets and Liabilities due 08/10/2022

PLEASE TAKE FURTHER NOTICE that the failure to file timely any required document may result in the dismissal of your case after notice and hearing.

Dated: July 27, 2022

Vito Genna
Clerk of Court