KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

LAWRENCE A. FIRST,

                                                        Chapter 11
                                                        Case No. 22-11020(MG)

                              Debtor.
-----------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, Jessica M. Hill, do hereby affirm under penalty of perjury, that I am not a party to the action, and I am over 18 years of age, and I am an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

      On the 27th day of July 2022, Deponent served a copy of the *Order Scheduling Initial Case Conference,* upon the parties listed on the attached service list, by depositing a true and correct copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail. Additionally, all parties receiving ECF/CM Notifications received same.

                                                            */s/ Jessica M. Hill*
                                                            Jessica M. Hill

## SERVICE LIST

Office of the United States Trustee
U.S Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
Attn: Jantra Van Roy & Nathan Schwed
New York, NY 10036

ASCP, LLC
590 Madison Avenue, 38th Floor
New York, NY 10022

NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007

Office of the NYS Attorney General
The Capitol
Albany, NY 12224-0341

JP Morgan Chase Bank
Attn: Legal Department
100 Corporate Park Drive
White Plains, NY 10604

ASCRIBE Associates III, LLC
590 Madison Avenue, 38th Floor
New York, NY 10036

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

U.S. Securities & Exchange
Commission
100 F Street, NE
Attn: Legal Department
Washington, DC 20549

American Express
Attn: Legal Department
200 Vesey Street
New York, NY 10285