KIRBY AISNER & CURLEY LLP  *Presentment Date: September 1, 2022*
*Proposed Attorneys for the Debtor*  *Presentment Time: 12:00 p.m.*
700 White Plains Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

                                            Chapter 11

LAWRENCE A. FIRST,                   Case No. 22-11020 (MG)

                               Debtor.
-----------------------------------------------------X

## NOTICE OF PRESENTMENT OF APPLICATION TO EMPLOY AND RETAIN AMIMI, LLC AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE,** that upon the annexed application (the "**Application**")[1] of Lawrence A. First, the above-captioned debtor and debtor-in-possession ("**Debtor**"), by his proposed attorneys, Kirby Aisner & Curley, LLP, the proposed Order granting the Debtor's Application to retain Amini LLC as his special litigation counsel, will be presented by the undersigned for approval and signature to the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, Southern District of New York (White Plains Division) on the 1st day of September, 2022.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Kirby Aisner & Curley LLP, proposed attorneys for the

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Application.

Debtor, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Erica R. Aisner, Esq., and Amini, LLC, proposed special litigation counsel to the Debtor, 131 West 35th Street, 12th Floor, New York, New York 10001, Attn: Avery Samet, Esq., so as to be received before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: Scarsdale New York
August 15, 2022

                        KIRBY AISNER & CURLEY LLP
                        *Proposed Attorneys for the Debtor*
                        700 Post Road, Suite 237
                        Scarsdale, New York 10583
                        Tel: (914) 401-9500

                        By: */s/ Erica R. Aisner*
                              Erica R. Aisner, Esq.


TO: All Creditors
      United States Trustee
      All Parties Having Filed a Notice of Appearance