| Lawrence A. First | Case No. | 22-11020 (MG) |
| --- | --- | --- |
| Debtor | Reporting Period: | August 1, 2022-August 31, 2022 |

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
| --- | ---: | ---: |
| **SCHEDULE A REAL PROPERTY** | | |
| None | | |
| **TOTAL REAL PROPERTY ASSETS** | $ - | $ - |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | $ - |
| Bank Account: | $2,482,815.45 | $2,507,193.32 |
| Health Savings Account | $690.85 | $ 863.41 |
| Household Goods & Furnishings | $ 10,000.00 | $ 10,000.00 |
| Books, Pictures, Art | $ 42,250.00 | $ 42,250.00 |
| Wearing Apparel | $ 1,000.00 | $ 1,000.00 |
| Furs and Jewelry | $ 46,000.00 | $ 46,000.00 |
| Interests in Ascribe Entities (See Schedule A, #19) | $ - | $ - |
| Electronics | $ 1,000.00 | $ 1,000.00 |
| Autos, Trucks & Other Vehicles (2016 BMW x4) | $14,808.00 | $ 14,808.00 |
| Other Personal Property: Steinway Baby Grand Piano (refurbished) and ~27 Cases of Wine) | $ 7,500.00 | $ 7,500.00 |
| Security Deposit(s) | $ 26,000.00 | $ 26,000.00 |
| Prepayment of Rent/Health Insurance | $53,363.96 | $ 42,304.95 |
| Retirement Accounts | $1,468,129.64 | $ 1,470,248.52 |
| Bonds, Mutual Funds or Publicaly Traded Stocks | $ 4.34 | $ 4.34 |
| Claims Against Third Parties (See Schedule A, #33) | $ 11,200,000.00 | $ 11,200,000.00 |
| **TOTAL PERSONAL PROPERTY** | $ 15,353,562.24 | $ 15,369,172.54 |
| **TOTAL ASSETS** | $ 15,353,562.24 | $ 15,369,172.54 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
| --- | ---: | ---: |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| **TOTAL TAXES** | $ - | $ - |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| **Schedule D - Secured Claims** | | |
| Mortgage Holders | | |
| Other (Tax Debt) | | |
| **Total Schedule D** | $ - | |
| **TOTAL POST-PETITION LIABILITIES** | $ - | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $ - | $ - |
| Priority Debt | $ 28,563.96 | $ 28,563.96 |
| Unsecured Debt | $ 15,939,338.29 | $ 15,939,338.29 |
| **TOTAL PRE-PETITION LIABILITIES** | $ 15,967,902.25 | $ 15,967,902.25 |
| **TOTAL LIABILITIES** | $ 15,967,902.25 | $ 15,967,902.25 |

Lawrence A. First            Chapter 11
Monthly Operating Summary        Case No.: 22-11020 (MG)
August1, 2022 - August 31, 2022

| | | |
|---|---|---|
| **INCOME** | | |
| interest | | $6.87 |
| **TOTAL INCOME** | | **$6.87** |
| | | |
| | | |
| **EXPENSES** | | |
| Household | | $41.53 |
| Personal | | $58.81 |
| Food | | $137.67 |
| Medical | | $1,955.00 |
| Rent | | $3,250.00 |
| Auto & Transportation | | $134.26 |
| Insurance | | $0.00 |
| Other | | $0.00 |
| Fees - U.S. Trustee | | $0.00 |
| **TOTAL EXPENSES** | | **$5,577.27** |
| | | |
| **NET PROFIT/LOSS** | | **($5,570.40)** |
| | | |
| | | |
| **SUMMARY** | | |
| Bal@ 08/01/2022 | $ | 2,507,251.93 |
| Add: Deposits | | $640.79 |
| Less: Disbursements | | ($25,077.27) |
| **Bal @ 08/31/2022** | $ | **2,482,815.45** |
| | | |
| | | |

Lawrence A. First
Summary of Income V Expenses
August 1, 2022 - August 31, 2022

Chapter 11
Case No.: 22-11020 (MG)

| Disbursements - | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Ck # | Amount | Payee | Household | Personal | Food | Medical | Rent | Auto & Tr |
| 08/02/22 | ACH | $ 115.00 | Venmo. (Yoga-Paige) | | | | $ 115.00 | | |
| 08/03/22 | ACH | $ 48.64 | Grassy Plain Se | | | | | | $ 48.64 |
| 08/03/22 | ACH | $ 100.00 | Venmo (PT/Training Cassandra) | | | | $ 100.00 | | |
| 08/08/22 | ACH | $ 41.33 | Lilly's Weston Market | | | $ 41.33 | | | |
| 08/08/22 | ACH | $ 13.81 | Hulu | | $ 13.81 | | | | |
| 08/08/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/09/22 | ACH | $ 200.00 | Venmo (PT/Training Cassandra) | | | | $ 200.00 | | |
| 08/09/22 | ACH | $ 41.53 | Walgreens | $ 41.53 | | | | | |
| 08/10/22 | ACH | $ 225.00 | Venmo ((Yoga-Paige) | | | | $ 225.00 | | |
| 08/12/22 | ACH | $ 8.62 | Blank Street | | | $ 8.62 | | | |
| 08/12/22 | ACH | $ 26.59 | Shell Service | | | | | | $ 26.59 |
| 08/12/22 | ACH | $ 6.31 | Balduccis | | | $ 6.31 | | | |
| 08/15/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/16/22 | ACH | $ 59.03 | Westin Service | | | | | | $ 59.03 |
| 08/17/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/18/22 | ACH | $ 200.00 | Venmo (PT/Training Cassandra) | | | | $ 200.00 | | |
| 08/18/22 | 2 | $ 19,500.00 | Peter Knight(Weston-3mos prepay) | | | | | $ 19,500.00 | |
| 08/22/22 | ACH | $ 40.75 | Lilys Weston Mkt | | | $ 40.75 | | | |
| 08/22/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/24/22 | ACH | $ 45.00 | Westport Cut Shave | | $ 45.00 | | | | |
| 08/24/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/25/22 | ACH | $ 200.00 | Venmo (PT/Training Cassandra) | | | | $ 200.00 | | |
| 08/29/22 | ACH | $ 40.66 | Whole Foods | | | $ 40.66 | | | |
| 08/29/22 | ACH | $ 115.00 | Venmo ((Yoga-Paige) | | | | $ 115.00 | | |
| 08/30/22 | ACH | $ 3,250.00 | Venmo (NYC rent) | | | | | $ 3,250.00 | |
| 08/31/22 | ACH | $ 225.00 | Venmo ((Yoga-Paige) | | | | $ 225.00 | | |
| | | $ 25,077.27 | | $ 41.53 | $ 58.81 | $ 137.67 | $ 1,955.00 | $ 22,750.00 | $ 134.26 | $ - |
| Total | | | | | | | | | |

Lawrence A. First
Summary of Income V Expenses
August 1, 2022 - August 31, 2022

Chapter 11
Case No.: 22-11020 (MG)

| Disbursements - | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Ck # | Amount | Payee | Household | Personal | Food | Medical | Rent | Auto & Tr | | |
| | | | | | | | | | | | |
| **Deposits** | | | | | | | | | | | |
| | | | | | | | | | | | |
| 08/01/22 | | $2,507,251.93 | Transfer of funds from Closure of Account | | | | | | | | |
| 08/02/22 | | $633.91 | Reiimbursement of escrow funds | | | | | | | | |
| 08/01/22 | | $0.01 | | | | | | | | | |
| 08/11/22 | | $6.87 | Interest | | | | | | | | |
| | | | | | | | | | | | |
| | | $ 2,507,892.72 | | | | | | | | | |
| **Total** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Summary -** | | | | | | | | | | | |
| Bal @ 08/01/2022 | | $ 2,507,251.93 | (initial transfer to open acct) | | | | | | | | |
| Deposits | | $ 640.79 | | | | | | | | | |
| Disbursements | | $ (25,077.27) | | | | | | | | | |
| **Bal @ 07/31/2022** | | $ **2,482,815.45** | Bank Bal @ 8/31/2022 | | | | | | | | |