|                  |                   |
|-----------------:|:------------------|
| Hearing Date:    | November 2, 2022  |
| Time:            | 11:00 a.m.        |
| Opposition due:  | October 26, 2022  |
| Time             | 4:00 p.m.         |

Jantra Van Roy, Esq.
Nathan Schwed, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
jvanroy@zeklaw.com
nschwed@zeklaw.com

Attorneys for Creditors
  ASCP, LLC and Ascribe Associates III, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:              | Chapter 11            |
|                     |                       |
| LAWRENCE A. FIRST   | Case No. 22-11020-mg  |
|           Debtor.   |                       |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

**PLEASE TAKE NOTICE** that, a hearing will be held on November 2, 2022, at 11:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York (Manhattan Division) via Zoom for Government, on the Motion of ASCP, LLC and Ascribe Associates III, LLC  for an order (i) dismissing this case, pursuant to 11 U.S.C. § 1112(b) and for bad faith filing, and (ii) for such other,  further and different relief as is just and proper

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399, dated May 17, 2010, the Bankruptcy Rules, and the Local Bankruptcy Rules, so as to be filed and served upon (a) the attorneys for ASCP, LLC and Ascribe Associates III, LLC, Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, 40th Fl., New York, New York 10036 (Attn: Jantra Van Roy, Esq. and Nathan Schwed, Esq.); (b) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014 (Attn: Annie Wells, Esq.); and (c) attorneys for the Debtor, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, NY 10583 (Attn: Erica R. Aisner, Esq.); by no later than **October 26, 2022 at 4:00 p.m. (Prevailing Eastern Time)** (the **"Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE that, due to the COVID-19 pandemic, the Hearing will be conducted using Zoom for Government. Parties should not appear in person and those wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to 4:00 p.m. (Prevailing Eastern Time) on the business day before the Hearing. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be**

**found at http://www.nysb.uscourts.gov/content/judge-martin-glenn.** Parties are advised to check the Court Calendar the day before for updated call in times.

Dated: October 4, 2022
New York, New York

                                      Zeichner Ellman & Krause llp

                              By: */s/ Jantra Van Roy*_____
                                  Jantra Van Roy, Esq.
                                  Nathan Schwed, Esq.
                                  Attorneys for Creditors
                                    ASCP, LLC and Ascribe Associates III, LLC
                                  1211 Avenue of the Americas
                                  New York, New York 10036
                                  (212) 223-0400

                                  jvanroy@zeklaw.com
                                  nschwed@zeklaw.com

To: Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Annie Wells, Esq.

Kirby Aisner & Curley LLP
700 Post Road, Suite 237
Scarsdale, NY 10583
Attn: Erica R. Aisner, Esq.

Fred Stevens
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41 Street, 17th FL.
New York, New York 10036

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the NYS Attorney General
The Capitol
Albany, NY 12224-0341

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007

JP Morgan Chase Bank
Attn: Legal Dept.
270 Park Avenue
New York, NY 10017

American Express National Bank
c/o Becker and Lee LLP
P.O. Box 3001
Malverne, PA 19355-0701

Lawrence A. First
24 Kellogg Hill Road
Weston, CT 06883

Lawrence A. First
14 Horatio Street, Apt. 15H
New York, NY 10014

Amini LLC
131 West 35 St., 12th FL.
New York, NY 10001
Attn: Avery Samet

NYC Dept. of Finance
345 Adams Street, 3rd Fl.
Brooklyn, NY 11201

US Securities & Exchange Commission
100 F Street, NE
Attn: Legal Dept.
Washington, DC 20549

American Express
Attn: Legal Dept.
200 Vesey Street
New York, NY 10285

4854-3712-0310, v. 7