Jantra Van Roy, Esq.
Nathan Schwed, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
jvanroy@zeklaw.com
nschwed@zeklaw.com

Attorneys for Creditors
 ASCP, LLC and Ascribe Associates III, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter 11 |
|---|---|
| LAWRENCE A. FIRST | Case No. 22-11020-mg |
| Debtor. | |

**DECLARATION OF JANTRA VAN ROY IN
<u>SUPPORT OF MOTION TO DISMISS</u>**

STATE OF NEW YORK,
COUNTY OF NEW YORK.

    JANTA VAN ROY, pursuant to 28 U.S.C. § 1746, declares as follows:

    1. I am an attorney duly admitted to practice in this Court and a partner with the firm of Zeichner Ellman & Krause LLP, attorneys for Creditors *ASCP, LLC and Ascribe Associates III, LLC* ("Creditors"). I respectfully submit this Affirmation in support of Creditors' motion to dismiss.

2. Attached as **Exhibit A** is a copy of the Decision & Order on Motion in the case of *ASCP, LLC v. Lawrence First*, Sup Ct, NY County, Mar. 4, 2022, Schecter, J., Index No. 656351/2021 [NYSCEF Doc. No. 44].

3. I declare the foregoing to be true and correct under penalty of perjury.

Dated: New York, New York
October 4, 2022

/s/ *Jantra Van Roy*
JANTRA VAN ROY

4876-6769-6694, v. 2

Document Number: 760334        Version: 1