KIRBY AISNER & CURLEY LLP  
*Attorneys for the Debtor*  
700 Post Road, Suite 237  
Scarsdale, New York 10583  
(914) 401-9500  
Erica R. Aisner, Esq.

*Hearing Date: November 16, 2022*  
*Hearing Time: 11:00 a.m.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
In re:

LAWRENCE A. FIRST,

                      Debtor.  
-------------------------------------------------------------X

Chapter 11  
Case No.: 22-11020 (MG)

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing on the Motion to Dismiss Case Filed by ASCP, LLC, and Ascribe Associates, III, LLC, in the above captioned Chapter 11 proceeding, currently scheduled for November 2, 2022, has been adjourned until **November 16, 2022, at 11:00 a.m.** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York.

**PLEASE TAKE FURTHER NOTICE,** that in light of the COVD-19 pandemic, that this hearing shall take place virtually using ***Zoom for Government***. If you wish to appear at the hearing, you must register your appearance by 4:00 p.m. the day prior to the hearing by utilizing the Electronic Appearance portal (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) located on the Court's website.

Dated: Scarsdale, New York  
       October 25, 2022

                      KIRBY AISNER & CURLEY LLP  
                      *Attorneys for the Debtor*  
                      700 Post Road, Suite 237  
                      Scarsdale, New York 10583  
                      Tel: (914) 401-9500

                      By: */s/ Erica R. Aisner*  
                            Erica R. Aisner, Esq.