UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 22-11020 |
|---|---|
| Lawrence First | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 42, 43 |

On 11/23/2022, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion to Extend Exclusive Periods ECF Docket Reference No. 42, 43

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2022

/s/ Erica Aisner
Erica Aisner
Attorney for Debtor
Kirby Aisner & Curley LLP
700 Post Road, Suite 237
Scarsdale, NY  10583
914 401 9500
ericaaisner@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Lawrence First | CASE NO: 22-11020<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 42, 43 |

On 11/23/2022, a copy of the following documents, described below,

Notice of Hearing and Motion to Extend Exclusive Periods ECF Docket Reference No. 42, 43

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erica Aisner
Kirby Aisner & Curley LLP
700 Post Road, Suite 237
Scarsdale, NY  10583

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S FEDERAL OFFICE BUILDING<br>ATTN: ANNIE WELLS, ESQ.<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NY 10014 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | NYS DEPT. OF TAXATION & FINANCE<br>BANKRUPTCY/ SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| ZEICHNER ELLMAN & KRAUSE LLP<br>1211 AVENUE OF THE AMERICAS<br>ATTN: JANTRA VAN ROY & NATHAN SCHWED<br>NEW YORK, NY 10036 | FRED STEVENS<br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>200 WEST 41ST STREET, 17TH FLOOR<br>NEW YORK, NY 10036 | ASCP, LLC<br>590 MADISON AVENUE, 38TH FLOOR<br>NEW YORK, NY 10022 |
| NYC CORPORATION COUNSEL<br>100 CHURCH STREET, RM 5-240<br>NEW YORK, NY 10007 | ENID NAGLER STUART<br>NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 | JP MORGAN CHASE BANK<br>ATTN: LEGAL DEPARTMENT<br>270 PARK AVENUE<br>NEW YORK, NY 10017 |
| AMINI LLC<br>ATTN: AVERY SAMET<br>131 WEST 35TH STREET, STE 12TH FLR.<br>NEW YORK, NY 10001 | ASCRIBE ASSOCIATES III, LLC<br>590 MADISON AVENUE, 38TH FLOOR<br>NEW YORK, NY 10036 | NYC DEPT. OF FINANCE<br>345 ADAMS STREET, 3RD FLOOR<br>BROOKLYN, NY 11201 |
| U.S. SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>ATTN: LEGAL DEPARTMENT<br>WASHINGTON, DC 20549 | AMERICAN EXPRESS<br>ATTN: LEGAL DEPARTMENT<br>200 VESEY STREET<br>NEW YORK, NY 10285 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |