Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAWRENCE A. FIRST,<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-11020 (MG) |

## SUMMARY SHEET

## FIRST APPLICATION OF AMINI LLC, SPECIAL LITIGATION COUNSEL FOR THE DEBTOR, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 22, 2022-FEBRUARY 28, 2023

| | |
|---|---|
| Applicant: | Amini LLC |
| Retention date: | September 22, 2022 |
| Compensation period: | September 22, 2022-February 28, 2023 |
| Compensation requested by application: | $240,823 |
| Expenses requested by application: | $14,111.17 |
| Total requested by application: | $254,934.17 |

This is a: _X_ interim application ___ final application

## SUMMARY OF TIME BILLED

| Name | Title | Admitted | Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|---|
| Bijan Amini | Partner | 2004 | 14.4 | $650 | $9,360 |
| Avery Samet | Partner | 2004 | 100.3 | $650 | $65,195 |
| Jeffrey Chubak | Associate | 2008 | 30.5 | $500 | $15,250 |
| Daniel Ash | Associate | 2022 | 256 | $400 | $102,400 |
| Sydney Calhoun | Paralegal | N/A | 29.7 | $160 | $4,752 |
| Abla Laallam | Paralegal | N/A | 243.7 | $180 | $43,866 |

Total attorney and paralegal hours billed: 674.6
Blended hourly rate, excluding paralegal time: $479.08

## ITEMIZATION OF EXPENSES

| Expense Type | Amount |
|---|---|
| Discovery vendor charges for December 2022-February 2023 | $14,111.17 |

Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LAWRENCE A. FIRST, | Case No. 22-11020 (MG) |
| Debtor. | |

**FIRST APPLICATION OF AMINI LLC, SPECIAL
LITIGATION COUNSEL FOR THE DEBTOR, FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD SEPTEMBER 22, 2022-FEBRUARY 28, 2023**

Amini LLC, special litigation counsel for the Debtor, submits its first application for interim allowance of compensation for services rendered from September 22, 2022 (retention date) through February 28, 2023 ("Compensation Period") in the amount of $240,823 and reimbursement of actual, necessary expenses during such period in the amount of $14,111.17, pursuant to 11 U.S.C. §§ 330-331, Fed. R. Bankr. P. 2016 and Local Rule 2016-1.

Attorney and paralegal time detail and itemization of expenses from the Compensation Period is attached hereto as Exhibit 1. The certification required by the Amended Guidelines for Fees and Disbursements for Professionals ("Guidelines") and statement required by Rule 2016(a) is attached hereto as Exhibit 2.

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this application under 28 U.S.C. §§ 157(a) and 1334(b), and General Order M-431 (Amended Standing Order of Reference). This is a core proceeding under 28 U.S.C. § 157(b)(2). This case is properly venued in this district under 28 U.S.C. § 1408.

## BACKGROUND

2. Prior to the commencement of this case, Ascribe Associates III, LLC commenced an arbitration against the Debtor, to recover $11.2 million as a clawback obligation. In addition, an Ascribe affiliate, ASCP, LLC, obtained a $4.7 million judgment against the Debtor in an action to enforce a promissory note.

3. On July 26, 2022, the day before the petition date, the Debtor asserted claims in the arbitration against American Securities LLC, Ascribe Capital LLC and American Securities Opportunities Advisors, LLC, all affiliates of the Claimant. The Debtor's claims are summarized in his Local Rule 1007-2 declaration (ECF Doc. #7), and a copy is attached to the declaration as an exhibit.

4. The Debtor commenced this case on July 27, 2022, to permit him to pursue his claims in arbitration, without interference resulting from the threatened exercise of enforcement remedies by ASCP, LLC.

5. The procedural and scheduling order in the arbitration fixed April 17-20, 2023 as the "Firm Evidentiary Hearing Dates".

6. This Court entered an Order on September 22, 2022 (ECF Doc. #13), approving Amini LLC's employment and retention as special litigation counsel.[1] The Order authorized

---

[1] As noted in Amini LLC's employment application (ECF Doc. #13, Exhibit 2 (Samet Decl.) ¶5), the prepetition retainer had been exhausted by the petition date.

Amini LLC to represent the Debtor in the arbitration and appear in this Court with respect to his arbitration claims.

7. On October 4, 2022, Ascribe Associates III, LLC and ASCP, LLC, an affiliated judgment creditor of the Debtor, moved to dismiss this case. (ECF Doc. #33.)

8. On October 24, 2022, Ascribe Associates III, LLC and ASCP, LLC commenced a nondischargeability action (22-ap-1166) against the Debtor.

9. On December 9, 2022, the Debtor answered the nondischargeability complaint. (22-ap-1166, ECF Doc. #5.)

10. On December 15, 2022, this Court entered a Memorandum Opinion and Order denying the motion to dismiss. (ECF Doc. #50.)

## DESCRIPTION OF SERVICES

11. In accordance with Guidelines ¶A(4)(i), the time detail is grouped by project code: arbitration, contested matters (opposition to motion to dismiss) and nondischargeability (answer). The information called for by Guidelines ¶A(4)(iii)(b)-(c) is as follows:

| Project | Persons Providing Services in Relation to Project | Time | Amount |
|---|---|---|---|
| Arbitration | Bijan Amini | 14.4 | $9,360 |
| | Avery Samet | 95.3 | $61,945 |
| | Jeffrey Chubak | 0.8 | $400 |
| | Daniel Ash | 250.5 | $100,200 |
| | Sydney Calhoun | 29.7 | $4,752 |
| | Abla Laallam | 243.7 | $43,866 |
| | Subtotal | 634.4 | $220,523 |
| Nondischargeability | Avery Samet | 1.5 | $975 |
| | Jeffrey Chubak | 7.6 | $3,800 |
| | Daniel Ash | 1.2 | $480 |
| | Subtotal | 10.3 | $5,255 |
| Contested matters | Avery Samet | 3.5 | $2,275 |
| | Jeffrey Chubak | 22.1 | $11,050 |
| | Daniel Ash | 4.3 | $1,720 |
| | Subtotal | 29.9 | $15,045 |

12. The following is a brief summary of services rendered during the Compensation Period in relation to the arbitration:

- Worked with opposing counsel to select arbitration panel;
- Handled initial conference with panel and negotiated scheduling order;
- Prepared and submitted answering and reply pleadings;
- Prepared document demands and responded to the same;
- Reviewed and produced documents to the Ascribe entities;
- Reviewed the documents produced by the Ascribe entities;
- Handled discovery disputes;
- Prepared Redfern schedule and held Redfern hearing with arbitration panel;
- Prepared and submitted witness statements constituting the direct testimony;
- Assisted with the preparation of expert report;
- Updated the client in relation to the foregoing.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

13. Bankruptcy Code section 331 makes the standard under section 330 applicable to interim fee applications.

14. Section 330 provides that a court may award a professional employed under section 327 "reasonable compensation for actual services rendered … and reimbursement for actual, necessary expenses." It also sets forth criteria for the award of such compensation and reimbursement, including the time expended, the nature and extent of services rendered and the costs of comparable services other than in a case under this title.

15. Amini LLC submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement were necessary for and beneficial to the estate. The services rendered were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved. Amini LLC coordinated with the

Debtor's section 327(a) counsel to limit duplication of effort. Amini LLC submits the amounts requested are fair and reasonable.

## NOTICE

16. In accordance with Rule 2002(a)(6), notice of the hearing on this application is has been served on the Debtor and all creditors. Notice has also been served on the Office of the United States Trustee.

WHEREFORE, this application should be granted.

| | |
|---|---|
| Dated: New York, New York<br>April 4, 2023 | Amini LLC<br><br>/s/ Avery Samet<br>Avery Samet<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, New York 10001<br>(212) 490-4700<br>asamet@aminillc.com<br>jchubak@aminillc.com<br>Special Litigation Counsel for the Debtor<br>and Debtor in Possession |