KIRBY AISNER & CURLEY, LLP           Hearing Date: May 2, 2023
*Attorneys for the Debtor*                 Hearing Time: 11:00 a.m.
700 Post Road, Suite 237                  *Via Zoom for Government*
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                                                        Chapter 11
LAWRENCE A. FIRST,                        Case No. 22-11020(MG)

                        Debtor.
-----------------------------------------------------------X

## NOTICE OF HEARING TO CONSIDER INTERIM APPLICATIONS FOR ALLOWANCE OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that upon the applications of the professionals listed below rendering services with respect to the above captioned Chapter 11 debtor, a hearing shall be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court (Manhattan Division), **via Zoom for Government**, on the 2nd day of May 2022 at 11:00 a.m., or as soon thereafter as counsel may be heard, to consider the interim application pursuant to Sections 330 and 503(b) of the Bankruptcy Code (the "Applications") of the following professionals retained herein:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Kirby Aisner & Curley, LLP *Attorneys for the Debtor* | $51,140.00[1] | $1,940.69 | 07/27/2022 – 03/31/2023 |
| Amini LLC *Special Counsel for the Debtor* | $240,823.00 | $14,111.17 | 09/22/2022 – 02/28/2023 |

---

[1] Against the fees and expense sought by Kirby Aisner & Curley LLP, $41,250.00 was previously received as a pre-petition net retainer.

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov/ (PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon: (i) Kirby Aisner & Curley, LLP, attorneys for the Debtor, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Erica R. Aisner, Esq.; and (ii) Amini, LLC, special counsel to the Debtor, 131 West 35th Street, 12th Floor, New York, New York 10001, Attn: Avery Samet, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE, that in light of the COVD-19 pandemic, all hearings will be conducted telephonically pending further order of this Court. This hearing shall take place virtually using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance prior to 4:00 p.m. the business day prior to the hearing by utilizing the Electronic Appearance Portal https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website. Information on registering with Zoom For Government can be found on Chief Judge Glenn's chambers page at http://www.nysb.uscourts.gov/content/chief-judge-martin-glenn (click "Zoom Hearings" tab).**

Dated: Scarsdale, New York
       April 7, 2023

                                      KIRBY AISNER & CURLEY, LLP
                                      *Attorneys for the Debtor*
                                      700 Post Road, Suite 237
                                      Scarsdale, New York 10583
                                      Tel: (914) 401-9500

                                      By: */s/ Erica R. Aisner*
                                      Erica R. Aisner, Esq.