KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

LAWRENCE A. FIRST,

                                                     Chapter 11
                                                     Case No. 22-11020(MG)

                       Debtor.
----------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, Bryn A. Leonardo, do hereby affirm under penalty of perjury, that I am not a party to the action, and I am over 18 years of age, and I am an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

      On the 7th day of April, 2023, Deponent served a copy of the following, upon the parties listed on the attached service list, by depositing a true and correct copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail. Additionally, all parties receiving ECF/CM Notifications received same.

1. *Notice of Hearing to Consider Interim Applications for Allowance of Professional Compensation and Reimbursement of Expenses;*

2. *Interim Applications for Allowance of Professional Compensation and Reimbursement of Expenses of Kirby Aisner & Curley LLP attorneys for the Debtor for the period of July 27, 2022 through March 31, 2023 together with exhibits; and*

3. *First Applications of Amini LLC, Special Litigation Counsel for the Debtor for Allowance of Interim Compensation and Reimbursement of Expenses for the period of September 22, 2022 through February 28, 2023 together with exhibits.*

                                                     */s/ Bryn A. Leonardo*
                                                     Bryn A. Leonardo

# SERVICE LIST

| | | |
|---|---|---|
| Office of the United States Trustee<br>U.S Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Attn: Annie Wells, Esq. | ASCP, LLC<br>590 Madison Avenue, 38th Floor<br>New York, NY 10022 | ASCRIBE Associates III, LLC<br>590 Madison Avenue, 38th Floor<br>New York, NY 10036 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | NYC Corporation Counsel<br>100 Church Street, RM 5-240<br>New York, NY 10007 | NYC Dept. of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 |
| NYS Dept. of Taxation & Finance<br>Bankruptcy/ Special Procedures Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Enid Nagler Stuart<br>New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005 | U.S. Securities & Exchange Commission<br>100 F Street, NE<br>Attn: Legal Department<br>Washington, DC 20549 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>Attn: Jantra Van Roy & Nathan Schwed<br>New York, NY 10036 | JP Morgan Chase Bank<br>Attn: Legal Department<br>270 Park Avenue<br>New York, NY 10017 | American Express<br>Attn: Legal Department<br>200 Vesey Street<br>New York, NY 10285 |
| Fred Stevens<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036 | Amini LLC<br>131 West 35th Street, Ste 12th Flr.<br>New York, NY 10001<br>Attn: Avery Samet | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |