UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

LAWRENCE A. FIRST,

                          Debtor.

-----------------------------------------------------------X

Chapter 11
Case No. 22-11020(MG)

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Applications for Allowance of Interim Professional Compensation and Reimbursement of Expenses (collectively, the "Applications") for professional services rendered and expenses incurred by the Professionals listed below during the chapter 11 case; and a hearing having been held before this Court to consider the Application on May 2, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED**, that the Applications are granted to the extent set forth in the attached Schedules.

**IT IS SO ORDERED:**

Dated: May 5, 2023
       New York, New York

                                              **/s/ Martin Glenn**
                                              MARTIN GLENN
                                Chief United States Bankruptcy Judge

Case No.: 22-11020 (MG)          **CURRENT FEE PERIOD**[1]          Schedule A
Case Name: Lawrence A. First.

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Kirby Aisner & Curley LLP  *Counsel to the Debtor* | 04/04/2023 Doc No. 55 | $51,140.00 | $51,140.00 | $51,140.00[2] | N/A | $51,140.00 | $1,940.69 | $1,940.69 |
| Amini LLC  *Special Litigation Counsel* | 04/04/2023 Doc No. 56 | $240,823.00 | $240,823.00 | $228,781.85[3] | N/A | $228,781.85 | $14,111.17 | $14,111.17 |

DATE ON WHICH ORDER WAS SIGNED: 05/05/2023          INITIALS: M.G. USBJ

---

[1] Kirby Aisner & Curley LLP fees and expenses are for the period from 7/27/2022 through 3/31/2023.
   Amini LLC fees and expenses are for the period from 9/22/2022 through 2/28/2023.
[2] Net pre-petition retainer in the amount of $41,250.00 shall be applied.
[3] Includes a 5% voluntary holdback.

Case No.: 22-11020 (MG)  **ALL FEE PERIODS**  Schedule B
Case Name: Lawrence A. First.

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Counsel to the Debtor* | $51,140.00 | $51,140.00 | $1,940.69 | $1,940.69 |
| Amini LLC *Special Litigation Counsel* | $240,823.00 | $228,781.85 | $14,111.17 | $14,111.17 |

DATE ON WHICH ORDER WAS SIGNED: 05/05/2023     INITIALS: M.G. USBJ