# United States Bankruptcy Court
## Southern District of New York

| In re | Lawrence A. First | | Case No. | 22-11020 |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | 11 |

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-9650

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Lawrence A. First

Street: 24 Kellogg Hill Road

City, State and Zip: Weston, CT 06883

Telephone #:

**Please be advised that effective March 30, 2023,
my (our) new mailing address and telephone number is:**

Name: Lawrence A. First

Street: 3270 Sturges Hwy,

City, State and Zip: Westport CT 06880

Telephone #:

/s/ Lawrence A. First
Lawrence A. First
Debtor