Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LAWRENCE A. FIRST, | Case No. 22-11020 (MG) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Rebecca Bihn-Wallace, do hereby certify that I am not a party to this case, am over 18 years of age and am a paralegal at Amini LLC.

On the 16th day of August, 2023, deponent served a copy of the **Second Application of Amini LLC, Special Litigation Counsel for the Debtor, for Allowance of Interim Compensation and Reimbursement of Interim Compensation and Reimbursement of Expenses for the Period March 1, 2023-June 30, 2023** (ECF Doc. #75) ("Application") and the **Notice of Hearing** (ECF Doc. #76) to consider the Application upon the parties listed on the attached Service List, by first class mail, by depositing a true and correct copy of the same, enclosed in a prepaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York.

I certify under penalty of perjury that the foregoing is true and correct.

Rebecca Bihn-Wallace

August 17th, 2023

**SERVICE LIST**

| | |
|---|---|
| Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Attn: Annie Wells, Esq. | NYC Corporation Counsel<br>100 Church Street<br>RM5-240<br>New York, NY 10007 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | New York State Attorney General<br>Attn: Enid Nagler Stuart<br>28 Liberty Street<br>New York, NY 10005 |
| NYS Dept. of Taxation and Finance<br>Bankruptcy/Special Proc. Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | JPMorgan Chase Bank<br>Attn: Legal Department<br>270 Park Avenue<br>New York, NY 10017 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Attn: Jantra Van Roy | NYC Dept. of Finance<br>345 Adams Street<br>3rd Floor<br>Brooklyn, NY 11201 |
| Klestadt Winters Jureller Southard & Stevens LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>Attn: Fred Stevens | U.S. Securities & Exchange Commission<br>100 F Street, NE<br>Attn: Legal Department<br>200 Vesey Street<br>New York, NY 10285 |
| American Express National Bank<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Lawrence A. First<br>3270 Sturges Highway<br>Westport, CT 06880 |