UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LAWRENCE A. FIRST, | Case No. 22-11020 (MG) |
| Debtor. | |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the second application of Amini LLC for allowance of interim professional compensation and reimbursement of expenses (the "Application") for professional services rendered and expenses incurred during the period March 1, 2023-July 31, 2023; and a hearing having been held before this Court to consider the Application on September 12, 2023; and notice having been given pursuant to Rule 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached Schedule.

**IT IS SO ORDERED.**

Dated: September 13, 2023
  New York, New York

                                             **/s/ Martin Glenn**
                                             MARTIN GLENN
                                       Chief United States Bankruptcy Judge

| (1) Applicant | (2) Date; ECF Doc. # of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for prior Fee Period(s) (i.e. Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Amini LLC *Special Counsel* | 8/15/23; ECF Doc. #75 | $329,454.50 | $319,454.50 | $271,536.33[1] | N/A | $271,536.33 | $35,953.91 | $35,953.91 |

Case No. 22-11020 (MG)  
Case Name: Lawrence A. First  
**CURRENT INTERIM FEE PERIOD**  
**March 1, 2023-July 31, 2023**  
Schedule A

DATE ON WHICH ORDER AS SIGNED: September 13, 2023     INITIALS: MG, USBJ

---

[1] Reflects 15% voluntary holdback of fees allowed for the current interim fee period.