UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    LAWRENCE A. FIRST,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 22-11020 (MG) |

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Applications for Allowance of Interim Professional Compensation and Reimbursement of Expenses (collectively, the "Applications") for professional services rendered and expenses incurred by the Professionals listed below during the chapter 11 case; and a hearing having been held before this Court to consider the Applications on March 6, 2024; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED**, that the Applications are granted to the extent set forth in the attached Schedules.

**IT IS SO ORDERED.**

Dated:  March 7, 2024
         New York, New York

                                                                 **/s/ Martin Glenn**
                                                                  MARTIN GLENN
                                                 Chief United States Bankruptcy Judge

Case No.: 22-11020 (MG)          **CURRENT FEE PERIOD**[1]          Schedule A
Case Name: Lawrence A. First.

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Counsel to the Debtor* | 02/14/2024 Doc Nos. 107 and 108 | $20,309.00 | $20,309.00 | $16,247.20[2] | N/A | $16,247.20 | $575.28 | $575.28 |
| Amini LLC *Special Litigation Counsel* | 02/08/2024 Doc No. 103 | $6,389.00 | $6,389.00 | $5,430.65[3] | N/A | $5,430.65 | $165.90 | $165.90 |

---

[1] Kirby Aisner & Curley LLP fees and expenses are for the period from 4/1/23 through 1/31/24.
   Amini LLC fees and expenses are for the period from 8/1/23 through 12/31/23.
[2] Includes a 20% holdback.
[3] Includes a 15% holdback.

Case No.: 22-11020 (MG)  **ALL FEE PERIODS**  Schedule B
Case Name: Lawrence A. First.

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Counsel to the Debtor* | $71,449.00 | $67,387.20 | $2,515.97 | $2,515.97 |
| Amini LLC *Special Litigation Counsel* | $576,666.50 | $505,748.83 | $50,230.98 | $50,230.98 |