**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :
                                               :      Chapter 11
LAWRENCE A. FIRST,                             :
                                               :      Case No. 22-11020 (MG)
                          Debtor.              :
-----------------------------------------------------------------x
```

## SETTLEMENT AGREEMENT

In this stipulation (the "<u>Stipulation</u>") (A) (i) Lawrence A. First, the debtor and debtor in possession in the above-captioned Chapter 11 case ("<u>Larry</u>"), and (ii) Marie Iamunno, Larry's non-debtor spouse ("<u>Marie</u>"), and (B) ASCP, LLC, Ascribe Associates II, LLC, Ascribe Associates III, LLC, Ascribe Opportunities Fund II, L.P., Ascribe Opportunities Fund III, L.P., Ascribe Opportunities Fund II (B), L.P., Ascribe Opportunities Fund III (B), L.P., Ascribe II Alternative Investments, L.P., Ascribe III Alternative Investments, L.P., Ascribe Management LLC, American Securities LLC, Ascribe Capital LLC, and American Securities Opportunities Advisors, LLC, or their affiliated individuals or entities (collectively, "<u>Ascribe</u>") (parties to the Stipulation are collectively referred to herein as the "<u>Parties</u>," each a "<u>Party</u>"), have agreed to resolve all issues concerning the claims asserted by the Ascribe against Larry, Marie, and/or any of their adult children, among other things, according to the terms set forth below:

## RECITALS

A. On July 27, 2022 (the "<u>Petition Date</u>"), Larry filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York (the or this "<u>Court</u>").

B.      Larry has continued in possession of his property and the management of his business affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

C.      No trustee, examiner, or statutory committee has been appointed in Larry's Chapter 11 case.

D.      On March 30, 2022, a judgment was entered in favor of ASCP, LLC and against Larry in the amount of $4,726,830.29 in the matter of *ASCP, LLC V. Lawrence First*, Index No. 65631/2021, Dkt. No. 51 (N.Y.S. Sup. Ct. Mar. 30, 2022).

E.      On July 20, 2023, a tribunal convened before the American Arbitration Association entered an award in favor of Ascribe Associates III, LLC and against Larry in the principal amount of $11,204,331.00, plus interest and other fees, and dismissing with prejudice all claims asserted by Larry against the respondents in the matter of *Ascribe Associates III, LLC v. Lawrence A. First and Lawrence A. First v. American Securities LLC, et al.*, AAA Consolidated Case No. 01-22-0002-4465.

F.      In addition to the claims against Larry, Ascribe has asserted that Larry's bankruptcy estate (the "Estate") has various claims against Marie and her adult children for the avoidance of fraudulent transfers among other things, and have sought permission from the Court to pursue those claims on behalf of the Estate.  See Dkt. No. 83 (Aug. 30, 2023).

G.      Following the conclusion of the arbitration, the Parties have discussed Ascribe's various claims, the defenses thereto, and Larry and Marie's assets and ability to satisfy any of Ascribe's claims and have negotiated in good faith to resolve Ascribe's judgments and claims against Larry as well as the claims which have been asserted against Marie and her adult children.

H.     By this Stipulation, the Parties wish to settle and resolve all issues and disputes related to all judgments and claims against Larry, Marie or their adult children which have been or may be asserted by Ascribe or the Estate, according to the terms set forth below:

<div align="center">**AGREEMENT**</div>

**NOW THEREFORE**, relying specifically on the foregoing recitals and in consideration of the mutual promises and covenants contained herein, the Parties hereby stipulate and agree as follows:

1.     **Incorporation of Recitals**. The foregoing recitals are hereby incorporated herein by reference and are expressly acknowledged and agreed to by the Parties.

2.     **Bankruptcy Court Approval Required**. This Stipulation between the Parties is subject in all respects to the approval of the Bankruptcy Court evidenced by the entry of a written order (an "Approval Order"), and such Approval Order becoming a final and non-appealable order (a "Final Order").  Larry shall file a motion seeking an Approval Order by no later than two (2) weeks following the signing of this Stipulation by all Parties.  The other Parties shall cooperate with and support Larry's efforts to obtain entry of an Approval Order.

3.     **Conditions Precedent**. The terms of the Stipulation shall become effective (the "Effective Date") upon satisfaction of the following conditions: (a) execution by the Parties of this Stipulation; (b) entry of the Approval Order and the Approval Order becoming a Final Order, which shall be deemed to occur immediately upon the expiration of the applicable period from which to appeal the Approval Order; and (c) the payment of the Settlement Amount (as defined below).

4.     **Settlement Payments and Delivery**. The Parties have agreed to settle and resolve all claims which have been or may be asserted against Larry, Marie, or their adult children by

Ascribe or the Estate in exchange for payments totaling $5,411,212.56 (the "Settlement Amount") paid to ASCP LLC, which will be paid within two (2) business days of the Approval Order becoming a Final Order.  The Settlement Amount will be paid from Larry's non-exempt cash assets with the remainder from Marie.

5.     **Surrender of Fund Interests**.  Upon the Effective Date, Larry will be deemed to have no interest in any entities affiliated with Ascribe Capital LLC and/or American Securities LLC, including being deemed to have surrendered any and all interests in any of the following Ascribe funds: Ascribe Associates II, LLC, Ascribe Associates III, LLC, and Ascribe Opportunities Fund III (B), L.P.

6.     **Dismissal of Larry's Bankruptcy Case**.  Larry's bankruptcy case shall be dismissed prior to the entry of any discharge following the Effective Date, and the Bankruptcy Court's hearing and ruling upon any applications for the allowance of professional fees, the applications for which shall be filed not later than ten (10) business days following entry of the Approval Order.

7.     **Representations and Warranties**.  Larry represents and warrants that the disclosure of his assets, liabilities, and financial affairs made in the sworn statements in his bankruptcy case are true and accurate, that all representations made to Ascribe and the Bankruptcy Court with respect to this case do not contain any untrue statements of material fact nor omit to state a material fact necessary to make the representations made not misleading to Ascribe, and that there are no material changes to the testimony set forth in his bankruptcy schedules and statement of financial affairs annexed hereto as Exhibit A and filed at Dkt. No. 14, except for the elimination of the claim against Ascribe through arbitration or as reflected in the sworn monthly operating statements filed with the Court (collectively, the "Larry Representations"). Marie

represents and warrants that she has provided a full and accurate disclosure of all of her material assets as set forth on <u>Exhibit B</u> to this Stipulation[1], that she does not have any additional material assets, and that all representations made to Ascribe and the Bankruptcy Court with respect to this case do not contain any untrue statements of material fact nor omit to state a material fact necessary to make the representations made not misleading to Ascribe (collectively, the "<u>Marie Representations</u>").  Larry and Marie represent that, since January 1, 2016, other than (i) the transfers evidenced or reflected by the financial account or other statements or any other documents that have been produced to Ascribe in Larry's bankruptcy case or as otherwise set forth on <u>Exhibit C</u>, or (ii) such other transfers in the amount not to exceed $150,000 in the aggregate, neither of them have transferred or caused to be transferred any material assets to any of their offspring (or any trust or entity affiliated with Larry, Marie or their offspring).  Both Larry and Marie represent that there are no trusts for the benefit of Larry, Marie and/or their offspring and that they have created no entities owned in whole or in part by Larry, Marie and/or their offspring.

8.     **Judgments**.  Upon dismissal of the Chapter 11 case, Ascribe will promptly issue a satisfaction of its judgment entered by the court in *ASCP, LLC v. Lawrence First*, Index No. 656351/2021 (N.Y.S. Sup. Ct.) (the "<u>Prepetition Judgment</u>") and will take whatever steps are necessary to record such satisfaction in any applicable jurisdictions where the Prepetition Judgment was recorded or enforced.  Larry will execute a confession of judgment in Ascribe's favor in the amount of <u>$12,218,785.74</u>, the amount of Ascribe's Prepetition Judgment and Final Arbitration Award less the Settlement Payment, in the form annexed hereto as <u>Exhibit D</u> (the

---

[1] Exhibit B is an integral part of this Stipulation, but it is agreed that it will not be filed with the Court or circulated to creditors generally in connection with the motion for approval of this Stipulation.  While Exhibit B was required by Ascribe as a condition to entry into this Stipulation, representations regarding Marie's assets are akin to post-judgment discovery against a litigation target and not material to whether approval of the Stipulation is in the best interests of the estate and creditors.  To the extent that it is required by the Court, a motion to seal will be filed or it will be submitted as an evidentiary exhibit at the hearing on approval of the Stipulation.

"Larry Judgment"), which Ascribe's counsel will hold in escrow subject to the terms of the Stipulation. Marie will execute a confession of judgment in Ascribe's favor in an unliquidated amount that shall be equal to either (i) $250,000 plus the amount of any Marie Misrepresentation (as defined below)[2], or (ii) $4,420,000[3] in the event that any Marie Misrepresentation is deemed willful and intentional in the form annexed hereto as Exhibit E (the "Marie Judgment") which Ascribe's counsel will hold in escrow subject to the terms of the Stipulation. The Larry Judgment and Marie Judgment shall be held for a period of five (5) years from the entry of the Approval Order, after which time they will be null and void if they have not been released from escrow pursuant to the terms of the Stipulation.

9. **Release of the Firsts**. Upon the Effective Date, each entity defined collectively above as Ascribe, together with any parent, owners or subsidiaries, affiliated funds, persons or companies, or any other funds or companies under common control (collectively, the "Ascribe Releasors"), shall be deemed to have waived, set aside, discharged, settled, compromised, and released any and all claims (to be interpreted in the broadest manner possible), causes of action, rights and remedies each has, had or may have against Larry, Marie, and each of their adult children, Alexander First, Allison First, Emily First, and Marlene First (collectively, the "Firsts"). Further, upon the Effective Date, Larry and the Estate shall be deemed to have released Marie and each of the other Firsts from any claims, rights, or causes of action under Chapter 5 of the Bankruptcy Code, N.Y. Debtor & Creditor Law §§ 271, *et. seq*., as well as any equivalent laws in any other state or jurisdiction. The payment of the Settlement Amount is in full and final settlement

---

[2] The amount of any Marie Misrepresentation is equal to the value of any material asset that Marie failed to disclose or the value of any undisclosed transfer of any material asset to her adult children, but only to the extent that such failure constituted a breach under the agreement.
[3] The amount is the proceeds of the townhouse sale allocated to Marie less the approximate amount contributed by Marie towards the Settlement Amount.

of any and all claims that the Ascribe Releasors and the Estate may assert against any of the Firsts including the Larry Judgment and Marie Judgment.

10. **Remedy in the Event of Misrepresentations**. Notwithstanding the foregoing release, in the event that any of the Larry Representations turn out to be materially untrue (a "Larry Misrepresentation"), Ascribe shall be entitled to enter and enforce the Larry Judgment against Larry in accordance with applicable State and Federal law. To the extent that any of the Marie Representations turn out to be materially untrue (a "Marie Misrepresentation"), Ascribe shall be entitled to enter and enforce the Larry Judgment against Larry and the Marie Judgment against Marie in accordance with applicable State and Federal law. In the event that the Marie Misrepresentation is deemed to be willful and intentional, Ascribe shall be entitled to enter the Marie Judgment in the higher amount as set forth in Paragraph 8(ii) above. In the event of a Marie Misrepresentation and release from escrow of both the Larry Judgment and Marie Judgment to Ascribe, the collective amount that may be collected from Larry and/or Marie shall not exceed the amount of $12,218,785.74.

11. **Acting Upon an Alleged Misrepresentation**. In the event Ascribe believes that a Larry Misrepresentation or Marie Representations has occurred, it must provide the party accused of making the Misrepresentation of the Misrepresentation written notice identifying the substance and basis for the accusation, and its intent to act upon it (the "Misrepresentation Notice"). If the party accused of making the Misrepresentation wishes to dispute it, he/she must file a motion to reopen Larry's bankruptcy case for the purpose of commencing a declaratory judgment action in the Bankruptcy Court, to determine the existence of the alleged Misrepresentation (a "Misrepresentation Challenge") by no later than the 10th business day following receipt of the Misrepresentation Notice (the "Challenge Deadline"). If no Misrepresentation Challenge is made

prior to expiration of the Challenge Deadline, the Misrepresentation will be deemed to have been made and Ascribe shall be entitled to release the Larry Judgment and/or the Marie Judgment from escrow and proceed accordingly.  No statutory limitations period shorter than five (5) years from the payment of the Settlement Amount nor any defense sounding in laches shall apply to a Misrepresentation Challenge.  The Bankruptcy Court shall retain jurisdiction for the purpose of determining any timely made Misrepresentation Challenge or to interpret the terms of this Stipulation, and such retention shall be set forth in the order dismissing Larry's bankruptcy case.

12. **Release of Ascribe**.  Upon the Effective Date, Larry and Marie shall be deemed to have waived, set aside, discharged, settled, compromised, and released any and all claims (to be interpreted in the broadest manner possible), causes of action, rights and remedies each has, had or may have against each of the Ascribe Releasors, except to the extent that by virtue of Larry's past membership on any boards of Ascribe and of its affiliates and portfolio companies, and his employment with Ascribe, he will remain entitled to indemnification to the fullest extent of the law pursuant to all applicable certificates of incorporation or organization, bylaws, company agreements, and policies, and to at least the fullest extent that indemnification is available to other current and former board members and their equivalent, in the case of an entity that does not have a board).  Ascribe agrees to maintain reasonable and adequate coverage for Larry under its directors & officers liability insurance and other insurance policies to at least the fullest extent that coverage is maintained for other current and former executives and board members of the firm and/or others acting in an equivalent capacity (in the case of an entity that does not have a board).

13. **Notices**.  Any notices pursuant to this Stipulation, including any Misrepresentation Notice, may be given by electronic mail to the following persons and emails addresses, and will be deemed to have been delivered and received upon sending:

| Notice Party | Email Address | CC Party | Email Address |
|---|---|---|---|
| Lawrence A. First | lawrencefirst@mac.com | Erica Aisner | eaisner@kacllp.com |
| | | Avery Samet | asamet@aminillc.com |
| Marie Iamunno | marielist@msn.com | Fred Stevens | fstevens@klestadt.com |
| | | Lauren Kiss | lkiss@klestadt.com |
| Ascribe | | Jantra Van Roy | jvanroy@zeklaw.com |
| | | Nathan Schwed | nschwed@zeklaw.com |

14.     **Entire Agreement/No Oral Modification**. The Parties represent that this Stipulation constitutes the entire agreement among them in this matter and that this Stipulation may not be changed, modified or altered in any way or manner, except in writing, signed by the party against which such change, modification or alteration is sought to be enforced.

15.     **Execution in Counterparts**. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  Any signature delivered by a Party via electronic transmission shall be deemed an original signature hereto.

16.     **Bankruptcy Court Jurisdiction**. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to this Stipulation, including, without limitation, for purposes of enforcing the terms and conditions of this Stipulation and deciding any Misrepresentation Challenge.

17.     **No Waiver**. No failure or delay by any Party in exercising any right, power, or privilege under this Stipulation or applicable law shall operate as a waiver by that Party of any such right, power or privilege.

18.     **No Admissions**. No Party shall be deemed to have admitted to any wrongdoing, to any of the allegations set forth in any pleadings filed by the other Parties, or to having any liability to any other Parties, solely by virtue of having entered into this Stipulation other than as specifically provided for in this Stipulation.

19. **Representations of Authority**. The persons signing below each represents and warrants that he or she has the authority to enter into this Stipulation on behalf of the Party on whose behalf he or she so signs.

20. **Costs**. Each Party to this Stipulation shall bear its own attorneys' fees and costs.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the Parties have caused this Stipulation to be executed by their duly authorized representatives as of the date set forth below.

Dated:  Westport, Connecticut
        May 28, 2024

Dated:  Scarsdale, New York
        May 28, 2024

**KIRBY AISNER & CURLEY LLP**

By: _____

LAWRENCE A. FIRST

By: _____

Erica R. Aisner
700 Post Road, Suite 237
Scarsdale, New York 10583
Telephone: (914) 401-9500
Email: eaisner@kacllp.com

*Counsel to Lawrence A. First*

Dated:  Westport, Connecticut
        May 28, 2024

Dated:  New York, New York
        May 28, 2024

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: _____

MARIE IAMUNNO

By: _____

Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: fstevens@klestadt.com
       lkiss@klestadt.com

*Counsel to Marie Iamunno*

11

Dated:    New York, New York
          May __, 2024

**ASCP, LLC**

By: The Michael G. Fisch 2006 Revocable Trust, its Sole Member

By: _____
    Name: Michael G. Fisch
    Title:  Trustee

**ASCRIBE ASSOCIATES II, LLC**
**ASCRIBE ASSOCIATES III, LLC**

By: _____
    Name: Michael G. Fisch
    Title:  President

**ASCRIBE OPPORTUNITIES FUND II, L.P.**
**ASCRIBE OPPORTUNITIES FUND II (B), L.P.**
**ASCRIBE II ALTERNATIVE INVESTMENTS, L.P.**

By: Ascribe Associates II, LLC, its General Partner

By: _____
    Name: Michael G. Fisch
    Title:  Trustee

**ASCRIBE OPPORTUNITIES FUND III, L.P.**
**ASCRIBE OPPORTUNITIES FUND III (B), L.P.**
**ASCRIBE III ALTERNATIVE INVESTMENTS, L.P.**

By: Ascribe Associates III, LLC, its General Partner

By: _____
    Name: Michael G. Fisch
    Title:  Trustee

**AMERICAN SECURITIES LLC**

By: _____
    Name: Michael G. Fisch
    Title:  President and CEO

**ASCRIBE MANAGEMENT LLC**
**ASCRIBE CAPITAL LLC**
**AMERICAN SECURITIES OPPORTUNITIES ADVISORS, LLC**

By: American Securities LLC, its Managing Member

By: _____
    Name:  Michael G. Fisch
    Title:  President and CEO

Dated:    New York, New York
         May 31, 2024

**ZEICHNER ELLMAN & KRAUSE LLP**

By: _____
Jantra Van Roy
Nathan Schwed
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 223-0400
Email: jvanroy@zeklaw.com
       nschwed@zeklaw.com

*Counsel to Ascribe*

**Exhibit A – Larry First's Schedules of Assets and Statement of Financial Affairs**

*[Attached]*

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Lawrence A. First | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number | 22-11020 | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $                0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $     15,369,172.54 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $     15,369,172.54 |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $                0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $         28,563.96 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $     15,939,338.29 |
| | **Your total liabilities** | $     15,967,902.25 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $                0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $         13,071.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household
purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the
court with your other schedules.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Lawrence A. First _____    Case number *(if known)*  22-11020

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                              $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| **From Part 4 on** *Schedule E/F*, **copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 22-11020 |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|
| | Model: | x4 | ☒ Debtor 1 only | | |
| | Year: | 2016 | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ **Check if this is community property** (see instructions) | $14,808.00 | $14,808.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

$14,808.00

**Part 3:    Describe Your Personal and   Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | Lawrence A. First | Case number *(if known)* | 22-11020 |
|---|---|---|---|

| Miscellaneous Household Goods, Appliances and Furnishings for Living Room, Dining Room, Bedroom, Family Room, Office, Kitchen Appliances, Barware, Dishes, and Cookware | $10,000.00 |
|---|---|

**7.   Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.   Describe.....

| Television, Sonos System, Computer and Cellphone | $1,000.00 |
|---|---|

**8.   Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes.   Describe.....

| Michael Reafsnyder painting (2017) King Kruiser | $1,250.00 |
|---|---|
| Wolf Kahn painting (2017) Blue below and on the sides | $40,000.00 |
| Johan Semen print (2012) Untitled #171 | $1,000.00 |
| ~27 Cases of Wine | $2,500.00 |

**9.   Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes.   Describe.....

| Steinway Baby Grand Piano (Refurbished) | $5,000.00 |
|---|---|

**10.   Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes.   Describe.....

**11.   Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes.   Describe.....

| Miscellaneous Clothing & Shoes | $1,000.00 |
|---|---|

**12.   Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes.   Describe.....

| Patek Philippe Watch | $45,000.00 |
|---|---|
| Gold Wedding Band | $1,000.00 |

**13.   Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes.   Describe.....

**14.   Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes.   Give specific information.....

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................................

| $107,750.00 |
|---|

| Debtor 1 | Lawrence A. First | | Case number *(if known)* | 22-11020 |

---

**Part 4:**   **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☒ No
   ☐ Yes..................................................................................................

17.  **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes.......................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Chase Bank: xx2767 (Joint with Marlene S. First) | $0.00 |
| 17.2. | Checking | Chase Bank: xx2188 | $87.61 |
| 17.3. | Savings | Chase Bank: xx1812 | $168.70 |
| 17.4. | Checking | Fairfield County Bank | $2,506,937.01 |
| 17.5. | Health Savings Account | UMB Bank, NA (American Securities ) | $863.41 |

18.  **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☒ Yes.................        Institution or issuer name:

| | | |
|---|---|---|
| | Morgan Stanley Account: xx9913 | $0.00 |
| | Chase Bank Brokerage Account: xx5513 | $4.34 |

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.   Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Ascribe Associates II, LLC | | % | Unknown |
| Ascribe Associates III, LLC | | % | Unknown |
| Hadestown Broadway LLC | 0.108696% | % | Unknown |
| Ascribe Associates IV, LLC | | % | Unknown |
| AS/Ascribe IV Investors, LLC | | % | Unknown |
| Ascribe Opportunities Fund III (B), LP | | % | Unknown |
| Ascribe Capital LLC | | % | $0.00 |
| American Securities LLC | | % | $0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Lawrence A. First | Case number *(if known)* | 22-11020 |

* to the extent any further interests are identified following the filing of the Schedules, an appropriate supplement/amendment will be filed.

|  | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☒ Yes. List each account separately.

   | Type of account: | Institution name: | |
   |---|---|---|
   | 401(k) | Fidelity 401K (American Securities LLC) | $1,470,248.52 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ☒ Yes. ....................

   | | Institution name or individual: | |
   |---|---|---|
   | Rental Security Deposit | Security Deposit with Samantha & Peter Knight (Landlord) | $26,000.00 |
   | Rent | Prepayment of Rent (Samantha & Peter Knight, Landlord) | $32,500.00 |
   | Health Insurance | Prepayment of Health Insurance | $9,804.95 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes.   Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
   ☒ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    Lawrence A. First _____    Case number *(if known)*  22-11020

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☒ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☒ No
   ☐ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ☒ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☒ Yes. Describe each claim.........

   | | |
   |---|---|
   | Claims against Ascribe Entities for damages, or specific performance remedies, which may exceed *$11.2 million and include, among other things:<br><br>(i)enforcement of the assumption of the $11.2 million clawback obligation, or damages resulting from breach of the same;<br>(ii)or, in the alternative, damages resulting from discrimination, the wrongful termination with cause and reinstatement of the profit sharing and other benefits owed under the Debtors employment agreement.   The Debtor believes these damages to range between $5 and $10 million, although the precise number will be dependent on information within the possession of the Ascribe Entities and other proof at arbitration; or<br>(iii)damages arising from the Ascribe Entities unjust enrichment by unjustly obtaining the Debtors consent to effectuate a merger with Birch Grove.<br><br>Reference is made to the arbitration demand annexed to the Rule 1007(a) statement of the debtor, and nothing herein is intended to limit the recoveries sought in that proceeding. | $11,200,000.00 * |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☒ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ☒ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**...........................................................................................................

   | $15,246,614.54 |
   |---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☒ No. Go to Part 6.
   ☐ Yes.   Go to line 38.

Debtor 1    Lawrence A. First

Case number *(if known)*   22-11020

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ☒ No. Go to Part 7.
  ☐ Yes.   Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.   **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  ☒ No
  ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here**   ....................................

$0.00

---

**Part 8:**    **List the Totals of Each Part of this Form**

| | | |
|---|---:|---:|
| 55.   **Part 1: Total real estate, line 2** ................................................................................................................. | | $0.00 |
| 56.   **Part 2: Total vehicles, line 5** | $14,808.00 | |
| 57.   **Part 3: Total personal and household items, line 15** | $107,750.00 | |
| 58.   **Part 4: Total financial assets, line 36** | $15,246,614.54 | |
| 59.   **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.   **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.   **Part 7: Total other property not listed, line 54**   + | $0.00 | |

62.   **Total personal property.** Add lines 56 through 61...    $15,369,172.54    Copy personal property total    $15,369,172.54

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62

$15,369,172.54

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 22-11020 |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2016   BMW x4<br>Line from *Schedule A/B*: 3.1 | $14,808.00 | ☒ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Miscellaneous Household Goods, Appliances and Furnishings for Living Room, Dining Room, Bedroom, Family Room, Office, Kitchen Appliances, Barware, Dishes, and Cookware<br>Line from *Schedule A/B*: 6.1 | $10,000.00 | ☒ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Television, Sonos System, Computer and Cellphone<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Steinway Baby Grand Piano (Refurbished)<br>Line from *Schedule A/B*: 9.1 | $5,000.00 | ☒ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Miscellaneous Clothing & Shoes<br>Line from *Schedule A/B*: 11.1 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Lawrence A. First                                                    Case number (if known)    22-11020

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Patek Philippe Watch**<br>Line from *Schedule A/B*: 12.1 | $45,000.00 | ☒ $875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Gold Wedding Band**<br>Line from *Schedule A/B*: 12.5 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Fairfield County Bank**<br>Line from *Schedule A/B*: 17.2 | $2,506,937.01 | ☒ $15,425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Fidelity 401K (American Securities LLC)**<br>Line from *Schedule A/B*: 21.1 | $1,470,248.52 | ☒ $1,470,248.52<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | <u>Lawrence A. First</u> |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | <u>SOUTHERN DISTRICT OF NEW YORK</u> |
| Case number | <u>22-11020</u> |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☒ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 22-11020 |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $28,563.96 | $28,563.96 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Lawrence A. First _____   Case number (if known)   22-11020 _____

| | | | |
|---|---|---|---|

**4.1** | American Express _____
Nonpriority Creditor's Name
Attn: Legal Department
200 Vesey Street
New York, NY 10285 _____
Number Street City State Zip Code

**Last 4 digits of account number**   5223 _____   $99.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases _____

---

**4.2** | American Express _____
Nonpriority Creditor's Name
200 Vesey Street
New York, NY 10285 _____
Number Street City State Zip Code

**Last 4 digits of account number**   1983 _____   $660.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases _____

---

**4.3** | ASCP, LLC _____
Nonpriority Creditor's Name
590 Madison Avenue, 38th Floor
New York, NY 10022 _____
Number Street City State Zip Code

**Last 4 digits of account number** _____   $4,726,830.29

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Judgment Entered 3/30/2022 _____

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Lawrence A. First | | Case number (if known) | 22-11020 |

---

<table>
<tr><td>4.4</td><td colspan="2"></td></tr>
<tr><td colspan="3">ASCRIBE Associates III, LLC</td><td>Last 4 digits of account number</td><td>$11,204,331.00</td></tr>
</table>

**4.4**

ASCRIBE Associates III, LLC
Nonpriority Creditor's Name
590 Madison Avenue, 38th Floor
New York, NY 10036
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                     $11,204,331.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.5**

Brooks Banker
Nonpriority Creditor's Name
551 Fifth Avenue, Suite 2200
New York, NY 10176
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Guaranty of Lease

---

**4.6**

JP Morgan Chase Bank
Nonpriority Creditor's Name
Attn: Legal Department
100 Corporate Park Drive
West Harrison, NY 10604
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   3914                     $100.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Debtor 1   Lawrence A. First                                                    Case number (if known)   22-11020

| 4.7 | JP Morgan Chase Bank | Last 4 digits of account number | 3979 | $10.00 |

**Nonpriority Creditor's Name**
Attn: Legal Department
100 Corporate Park Drive
West Harrison, NY 10604
**Number Street City State Zip Code**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.8 | Monticello Motor Club LLC | Last 4 digits of account number | 7364 | $7,308.00 |

**Nonpriority Creditor's Name**
548 Broadway
Monticello, NY 12701
**Number Street City State Zip Code**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Membership Dues

---

| 4.9 | NYS Dept. of Taxation & Finance | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300
**Number Street City State Zip Code**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Tax Audit

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Name and Address**
Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1  Lawrence A. First | | Case number (if known)  22-11020 |

| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Line 4.2 of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>Attn: Jantra Van Roy<br>Attn: Nathan Schwed<br>New York, NY 10036 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.3 of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>Attn: Jantra Van Roy<br>Attn: Nathan Schwed<br>New York, NY 10036 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.4 of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 28,563.96 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 28,563.96 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 15,939,338.29 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 15,939,338.29 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lawrence A. First | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 22-11020 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Park Regency LLC<br>3128 Oak Road<br>Walnut Creek, CA 94597 | Lease of Daughter's Residence |
| 2.2  Samantha & Peter Knight<br>851 Lyndon Street<br>South Pasadena, CA 91030 | Residential Lease of: 24 Kellogg Hill Road, Weston, CT 06883 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 22-11020 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3    Daughter | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ___2.1___<br>Park Regency LLC |
| 3.4    Marie Iamunno | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ___2.2___<br>Samantha & Peter Knight |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | 22-11020 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    Lawrence A. First _____    Case number (*if known*)    22-11020 _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .......................................................... | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.** List all other income regularly received:

8a.  **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b.  **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d.  **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e.  **Social Security**    8e.    $ 0.00    $ 0.00

8f.  **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g.  **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h.  **Other monthly income. Specify:** _____    8h.+    $ 0.00 +    $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.    10.    $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 0.00
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☐ No.
☒ Yes. Explain:  | Debtor is hopeful to obtain employment. |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Lawrence A. First |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | 22-11020 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　☒ No

   Do not list Debtor 1 and Debtor 2.　☐ Yes.　Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**　☒ No　☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.　　4. $ _____ 6,642.00

   **If not included in line 4:**

   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   |---|---|---|---|
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 200.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 500.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans　5. $ _____ 0.00

6. **Utilities:**

   | 6a. | Electricity, heat, natural gas | 6a. $ | 1,400.00 |
   |---|---|---|---|
   | 6b. | Water, sewer, garbage collection | 6b. $ | 94.00 |
   | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 530.00 |
   | 6d. | Other. Specify: _____ | 6d. $ | 0.00 |

Debtor 1   Lawrence A. First _____   Case number (if known)   22-11020 _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 125.00 |
| 10. | **Personal care products and services** | 10. $ | 115.00 |
| 11. | **Medical and dental expenses** | 11. $ | 2,400.00 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.**<br>Do not include car payments. | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 115.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.**<br>Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.  Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | $<br>19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21.  +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 13,071.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 13,071.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 13,071.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. $ | -13,071.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.

> Explain here: Medical Insurance and the CT Rent is paid through December 31, 2022, but monthly payments will need to be remitted starting January 2023.  In addition, the NYC Lease expires 5/2023, so the NYC rental payment will no longer be remitted as of May 2023.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 22-11020 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | /s/ Lawrence A. First | X | |
|---|---|---|---|
| | Lawrence A. First | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date   August 10, 2022         Date _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lawrence A. First | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | 22-11020 | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☒  Married
☐  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐  No
☒  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 24 Kellogg Hill Road Weston, CT 06883 | From-To: 1/22/2022 - Present | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 30 W. 85th Street New York, NY 10024 | From-To: 05/15/2020-01/22/ 2022 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 20 Oxford Road Scarsdale, NY 10583 | From-To: Until 5/15/2020 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Lawrence A. First | Case number (if known) | 22-11020 |
|---|---|---|---|

**Part 2**   **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ☒ Wages, commissions, bonuses, tips | $361,767.63 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ☒ Wages, commissions, bonuses, tips | $470,991.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Distributions | $4,086.91 | | |
| | Interest / Dividends | $288.45 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | Dividends | $79,341.00 | | |
| | Interest Income | $104,856.00 | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.   Go to line 7.
☒ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Lawrence A. First | Case number *(if known)* | 22-11020 |

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Amini LLC<br>131 W 35th Street, 12th Floor<br>New York, NY 10001 | 6/3/2022<br>$19,897.55 and<br>7/21/2022 $40,000 | $59,897.55 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other Legal Services Rendered & Retainer |
| American Arbitration Association<br>New York, NY 10271 | 7/26/2022 | $7,700.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other Arbitration Fee |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| ASOF Associates III, LLC v.<br>Lawrence A. First<br>01-22-0002-4465 | Arbitration | American Arbitration Association | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   Lawrence A. First _____   Case number *(if known)*   22-11020

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| ASCP, LLC v. Lawrence First<br>656351/2021 | | Supreme Court of the State of<br>New York<br>County of New York<br>NY | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>Judgment, Entered 3/30/2022 |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
☒ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| Ascribe Entities | Distributions on account of interests held in<br>various funds. However, Fund manager has<br>refused to release details to Debtor about<br>same.<br>Last 4 digits of account number: _____ | Unknown | Unknown |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that   total<br>more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you<br>contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and<br>how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending<br>insurance claims on line 33 of *Schedule A/B: Property.* | Date of your<br>loss | Value of property<br>lost |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1    Lawrence A. First | Case number *(if known)*    22-11020 |
| --- | --- |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583<br>www.kacllp.com | $15,000 on March 10, 2022, $10,000 on March 30, 2022 and $35,000 on June 29, 2022.As of the Petition Date, there remained a net retainer of $41,520. | | $60,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |
| 30W 85th Street LLC | Sale of: 30 West 85th Street, New York, New York 10024 (held jointly with wife) | Purchase Price: $18,300,000.00 | 01/27/2022 |
| American Securities LLC or its Affiliate | Transferred interest in the following funds to American Securities LLC or its affiliates to paydown a portion of the loan from ASCP, LLC.American Securities Associates VI; American Securities Partners VI(C);American Securities Partners VII LL; American Securities Partners VII(C);American Securities Partners VII LL; American Securities Associates VII Alter; ASP VII Alternative INC I (C) | $1,773,130.00 was applied as a credit to the Promissory Note dated June 10, 2019, payable to ASCP, LLC. | 3/31/2021 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Lawrence A. First | Case number (*if known*) | 22-11020 |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:     List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Chase Bank | XXXX-1336 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Joint Checking Account with Allison N. First, closed by Chase Bank on 07/22/2022 due to inactivity | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☒ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Mana Wine, LLC<br>215 Coles Street<br>Jersey City, NJ 07310 | | ~27 Cases of Wine | ☐ No<br>☒ Yes |
| Safe Art SAT, Inc.<br>19-40 Hazen Street<br>East Elmhurst, NY 11370 | | Three art pieces (Wolf Kahn, Michael Reafsnyder & Johan Semen) | ☐ No<br>☒ Yes |

**Part 9:     Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.    Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Debtor 1    Lawrence A. First                                                Case number (*if known*)    22-11020

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.    Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒    No
☐    Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.    Have you notified any governmental unit of any release of hazardous material?**

☒    No
☐    Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒    No
☐    Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐    A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒    A member of a limited liability company (LLC) or limited liability partnership (LLP)

☒    A partner in a partnership

☒    An officer, director, or managing executive of a corporation

☐    An owner of at least 5% of the voting or equity securities of a corporation

☐    No. None of the above applies.    Go to Part 12.

☒    Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Managing Director and Chief Investment Officer of: Ascribe Capital LLC | | **EIN:**    46-2118338<br><br>**From-To**    7/2008 - 2021 |
| Limited Partner/Member of: Ascribe Associates II, LLC | | **EIN:**    27-1649867<br><br>**From-To**    2010 - Present |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Lawrence A. First                                                  Case number *(if known)*    22-11020

| Business Name Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Limited Partner/Member of: Ascribe Associates III, LLC | | EIN:    46-2517616<br><br>From-To    2014 - Present |
| Limited Partner/Member of: Ascribe Associates IV, LLC | | EIN:    30-0998828<br><br>From-To    2019 - Present |
| Limited Partner/Member of: AS/Ascribe IV Investors, LLC | | EIN:    38-4044909<br><br>From-To    2019 - Present |
| Limited Partner/Member of: Ascribe Opportunities Fund III (B), LP | | EIN:    46-2635756<br><br>From-To    2014 - Present |
| Limited Partner/Member of: Ascribe III Investments LLC | | EIN:    46-2826208<br><br>From-To    2014 - Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Lawrence A. First                                                        _____

Lawrence A. First                                                           **Signature of Debtor 2**
**Signature of Debtor 1**

Date    August 10, 2022                                              Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lawrence A. First |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 22-11020 |

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income          12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 0.00 | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | **Copy here ->** $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 0.00 | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | | **Copy here ->** $ 0.00 | $ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Lawrence A. First

Case number (*if known*)    22-11020

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ 0.00 | $ _____ |
| 8. **Unemployment compensation** | $ _____ 0.00 | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................$ _____ 0.00

For your spouse....................................................$ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ _____ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ _____ | $ _____ |
|---|---|---|
| _____ | $ _____ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ _____ 0.00   + $ _____   = $ _____ 0.00

Debtor 1    Lawrence A. First                                    Case number (*if known*)    22-11020

---

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**    /s/ Lawrence A. First

Lawrence A. First
Signature of Debtor 1

Date    August 10, 2022
MM / DD  / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $571   | administrative fee |
|   | $1,738 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

<div style="border:1px solid #000; background:#e0e0e0;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

| In re | Lawrence A. First | | Case No. | 22-11020 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept ...................................................... | $ | _____ |
| Prior to the filing of this statement I have received ...................................... | $ | _____ |
| Balance Due ......................................................................................... | $ | _____ |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of.......................... | $ | 41,520.00 |
| The undersigned shall bill against the retainer at an hourly rate of.............................. | $ | 450.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
   b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
   c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
   d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
   e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
   f. To advise the Debtor in connection with any potential sale of the business.
   g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
   h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
   i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor, its creditors and it

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

In re    Lawrence A. First                                              Case No.    22-11020
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

August 10, 2022                                              /s/ Erica Aisner
_Date_                                                       Erica Aisner
                                                             _Signature of Attorney_
                                                             Kirby Aisner & Curley LLP
                                                             700 Post Road
                                                             Suite 237
                                                             Scarsdale, NY 10583
                                                               Fax:
                                                             eaisner@kacllp.com
                                                             _Name of law firm_

# EXHIBIT INTENTIONALLY REMOVED
# FROM FILING VERSION

## <u>Exhibit C – Transfers to or for Benefit of Adult Children</u>

**I.** **Transfers Evidenced in the Following Documents Produced to Ascribe in the Debtor's Bankruptcy Case:**

    **a.** Statements and Cancelled Checks for Marie's Bank of America Checking Acct. No. *****6112 from January 24, 2022 to October 5, 2022 [Marie003312-003375];

    **b.** Statements for Marie's Bank of America Savings Acct. No. *****6125 from January 24, 2022 to October 7, 2022 [Marie003376-003415];

    **c.** Statements for Marie's People's United Bank Acct. No. *****8195 from February 4, 2016 to May 4, 2022 [Marie003417-003504];

    **d.** Statements and Cancelled Checks for Larry's JPMorgan Chase Bank, N.A. Acct. Nos. *****2188 and *****1812 from January 1, 2016 to July 29, 2022 [000120-000151; 000390-000565; 000581-000677; File Nos. 3394-3451; 3152-3157];

    **e.** Statements for Larry's JPMorgan Chase Bank, N.A. Acct. No. *****0173 from January 1, 2016 to April 30, 2019 [000152-000389; File Nos. 3405-3406; 3152-3157];

    **f.** Statements for Larry's Fairfield County Bank Acct. No. *****4325 from March 10, 2022 to July 29, 2022 [000566-000580; Marie003505-003519];

    **g.** Statements for Larry's JPMorgan Credit Card Acct. No. *****5169 from March 1, 2016 to January 31, 2022 [000678-000969; File Nos. 3327-3264];

    **h.** Harvey Mudd College Tuition Payment Statements from 2016 [000970-000975];

    **i.** University of Chicago Tuition Payment Statements from 2016-2020 [000976-001061];

    **j.** Statements for Larry's and Marlene's JPMorgan Bank Acct. No. *****2767 from March 1, 2016 to February 28, 2022 [004101-004438];

    **k.** Statements for Larry's and Allison's JPMorgan Bank Acct. No. *****1336 from March 1, 2016 to February 28, 2022 [004439-004696];

    **l.** Statements for Larry's JPMorgan Investment Acct. No. *****5513 from June 1, 2016 to December 29, 2018 [004697-004840; File Nos. 3180-3189];

    **m.** Statements for Larry's Morgan Stanley Acct. No. ******9913 & *****5722 from January 1, 2016 to December 31, 2021 to [File Nos. 5922-5932; 3168-3179];

    **n.** Statements for Larry's American Express Acct. No. *****4005 from February 1, 2016 to March 31, 2022 [File Nos. 5915-5921; File Nos. 3191-3263];

    **o.** Statements for Larry's JPMorgan Investment Acct. No. *****8009 from January 1, 2016 to October 31, 2016 [File No. 5889];

    **p.** Statements for Larry's JPMorgan Investment Acct. No. *****7008 from January 1, 2016 to January 31, 2017 [File No. 5888];

    **q.** Statements for Larry's JPMorgan Investment Acct. No. *****7001 from January 1, 2016 to November 30, 2016 [File No. 5887];

    **r.** Statements for Larry's JPMorgan Investment Acct. No. *****5004 from January 1, 2016 to December 31, 2016 [File No. 5886];

    **s.** Statements for Larry's JPMorgan Investment Acct. No. *****1004 from January 1, 2016 to October 31, 2016 [File No. 5885];

Exhibit C-1

    **t.** Statements for Larry's JPMorgan Investment Acct. No. *****0006 from January 1, 2016 to October 31, 2016 [File No. 5884];

    **u.** Statements for Larry's and Emily's JPMorgan Bank Acct. No. *****6504 from October 1, 2016 to August 31, 2021 [File Nos. 5876-5881];

    **v.** Statements for Larry's and Alexander's JPMorgan Bank Acct. No. *****6512 from October 1, 2016 to September 30, 2020 [File Nos. 5871-5875]; and

    **w.** Statements for Larry's and Allison's JPMorgan Bank Acct. No. *****1669 from December 31, 2016 to April 28, 2017 [File No. 5914].

**II.** **Any Transfers Identified in the Testimony of Marie Iamunno on November 14, 2022, including the Following Additional Transfers:**

    **a.** Transfers by Marie in and around July 2022 totaling approximately $75,000 in connection with costs and expenses related to the wedding of Emily First.

    **b.** Transfers by Marie in and after July 2022 totaling approximately $30,000 in connection with health aids and other medical expenses of Marlene First.

Exhibit C-2

<u>**Exhibit D**</u> – **Form of Larry Judgment**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                         :

                             :       Chapter 11

LAWRENCE A. FIRST,         :

                             :       Case No. 22-11020 (MG)

                Debtor.      :

------------------------------------------------------------------x

**<u>AFFIDAVIT OF CONFESSION OF JUDGMENT</u>**

STATE OF NEW YORK      )
                          ) ss.:
COUNTY OF WESTCHESTER   )

     I, Lawrence A. First, being duly sworn, depose and say:

     1.      I make this affidavit of confession of judgment (the "<u>Confession of Judgment</u>") on behalf of myself in favor of ASCP, LLC in accordance with the terms of that certain stipulation (the "<u>Stipulation</u>") by and between (A) (i) Lawrence A. First, the debtor and debtor in possession in the above-captioned Chapter 11 case ("<u>Larry</u>"), and (ii) Marie Iamunno, Larry's non-debtor spouse ("<u>Marie</u>"), and (B) ASCP, LLC, Ascribe Associates II, LLC, Ascribe Associates III, LLC, Ascribe Opportunities Fund II, L.P., Ascribe Opportunities Fund III, L.P., Ascribe Opportunities Fund II (B), L.P., Ascribe Opportunities Fund III (B), L.P., Ascribe II Alternative Investments, L.P., Ascribe III Alternative Investments, L.P., Ascribe Management LLC, American Securities LLC, Ascribe Capital LLC, and American Securities Opportunities Advisors, LLC, or there affiliated individuals or entities (collectively, "<u>Ascribe</u>") (parties to the Stipulation are collectively referred to herein as the "<u>Parties</u>," each a "<u>Party</u>"), in the sum of Twelve Million, Two Hundred Eighteen Thousand, Seven Hundred Eighty-Five, and 74/100 Dollars (<u>$12,218,785.74</u>).

     2.      I reside at 3720 Sturges Highway, Westport, CT 06880.

3.    This Confession of Judgment confesses judgment for a debt which is justly due to the ASCP, LLC based upon the following facts:

(a) On March 30, 2022, a judgment was entered in favor of ASCP, LLC and against me in the amount of $4,726,830.29 in the matter of *ASCP, LLC V. Lawrence First*, Index No. 65631/2021, Dkt. No. 51 (N.Y.S. Sup. Ct. Mar. 30, 2022).

(b) On July 20, 2023, a tribunal convened before the American Arbitration Association entered an award in favor of Ascribe Associates III, LLC and against me in the principal amount of $11,204,331.00, plus interest and other fees, and dismissing with prejudice all claims asserted by Larry against the respondents in the matter of *Ascribe Associates III, LLC v. Lawrence A. First and Lawrence A. First v. American Securities LLC, et al.*, AAA Consolidated Case No. 01-22-0002-4465.

(c) In connection with the Stipulation, $5,441,212.56 of the principal balance of the foregoing judgment and arbitration award was satisfied.

4.    The judgment shall be held in escrow by Ascribe pursuant to the terms of the Stipulation and may not be released and entered unless the conditions precedent set forth in the Stipulation are satisfied.  If permissibly released and entered, the judgment contemplated herein shall be final for all purposes upon entry of such judgment and I hereby waive any right to appeal therefrom.

[Signature Page to Follow]

**LAWRENCE A. FIRST**

STATE OF NEW YORK      )
                               ) ss:
COUNTY OF WESTCHESTER   )

On the 28th day of May, 2024, before me, the undersigned, a notary public in and for said state, personally appeared Lawrence A. First, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

Notary Public

**ERICA R. AISNER**
Notary Public, State of New York
Registration #02AI6263248
Qualified In Westchester County
Commission Expires June 11, 2024

Exhibit D-3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                 :

                                      :         Chapter 11

LAWRENCE A. FIRST,             :

                                      :         Case No. 22-11020 (MG)

                         Debtor.        :
-----------------------------------------------------------------x

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK         )
                               ) ss.:
COUNTY OF WESTCHESTER   )

     I, Marie Iamunno, being duly sworn, depose and say:

     1.     I make this affidavit of confession of judgment (the "Confession of Judgment") on behalf of myself in favor of ASCP, LLC in accordance with the terms of that certain stipulation (the "Stipulation") by and between (A) (i) Lawrence A. First, the debtor and debtor in possession in the above-captioned Chapter 11 case ("Larry"), and (ii) Marie Iamunno, Larry's non-debtor spouse ("Marie"), and (B) ASCP, LLC, Ascribe Associates II, LLC, Ascribe Associates III, LLC, Ascribe Opportunities Fund II, L.P., Ascribe Opportunities Fund III, L.P., Ascribe Opportunities Fund II (B), L.P., Ascribe Opportunities Fund III (B), L.P., Ascribe II Alternative Investments, L.P., Ascribe III Alternative Investments, L.P., Ascribe Management LLC, American Securities LLC, Ascribe Capital LLC, and American Securities Opportunities Advisors, LLC, or there affiliated individuals or entities (collectively, "Ascribe") (parties to the Stipulation are collectively referred to herein as the "Parties," each a "Party"), in the sum of _____ Dollars ($_____) [to be completed pursuant to terms of stipulation].

2.    I reside at 3720 Sturges Highway, Westport, CT 06880.

3.    This Confession of Judgment confesses judgment for a debt which is justly due to the ASCP, LLC based upon the following facts:

(a) On March 30, 2022, a judgment was entered in favor of ASCP, LLC and against Larry in the amount of $4,726,830.29 in the matter of *ASCP, LLC V. Lawrence First*, Index No. 65631/2021, Dkt. No. 51 (N.Y.S. Sup. Ct. Mar. 30, 2022).

(b) On July 20, 2023, a tribunal convened before the American Arbitration Association entered an award in favor of Ascribe Associates III, LLC and against Larry in the principal amount of $11,204,331.00, plus interest and other fees, and dismissing with prejudice all claims asserted by Larry against the respondents in the matter of *Ascribe Associates III, LLC v. Lawrence A. First and Lawrence A. First v. American Securities LLC, et al.*, AAA Consolidated Case No. 01-22-0002-4465.

(c) In connection with the Stipulation, $5,441,212.56 of the principal balance of the foregoing judgment and arbitration award was satisfied.

(d) As Larry's wife, Marie has received from Larry various transfers of money and other property.

4.    The judgment shall be held in escrow by Ascribe pursuant to the terms of the Stipulation and may not be released and entered unless the conditions precedent set forth in the Stipulation are satisfied.  If permissibly released and entered, the judgment contemplated herein shall be final for all purposes upon entry of such judgment and I hereby waive any right to appeal therefrom.

[Signature Page to Follow]

_Marie L. Iamunno_
**MARIE IAMUNNO**

STATE OF NEW YORK      )
                             ) ss:

COUNTY OF WESTCHESTER    )

On the 28th day of May , 2024, before me, the undersigned, a notary public in and for said state, personally appeared Marie Iamunno, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

Notary Public

ERICA R. AISNER
Notary Public, State of New York
Registration #02AI6263248
Qualified In Westchester County
Commission Expires June 11, 2024

Exhibit E-3