KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

**Hearing Date: August 19, 2024**
**Hearing Time: 10:00 a.m.**
**IN PERSON**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

LAWRENCE A. FIRST,

                    Debtor.
----------------------------------------------------------X

Chapter 11
Case No. 22-11020(MG)

### NOTICE OF HEARING TO CONSIDER SECOND INTERIM APPLICATION FOR ALLOWANCE OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE,** that upon the application of the Kirby Aisner & Curley LLP, a hearing shall be held **IN PERSON**, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York located at One Bowling Green, Courtroom 523, New York, NY 10004 on **August 19, 2024 at 10:00 a.m. (EST)** or as soon thereafter as counsel may be heard to consider approval of the final application for professional compensation and reimbursement of expenses pursuant to §§503(b) and 330 of the Bankruptcy Code (the "Application").

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Kirby Aisner & Curley LLP *Attorneys for the Debtor* | $79,327.00 | $2,599.55 | 7/27/2022 – 6/30/2024 |

**PLEASE TAKE FURTHER NOTICE** that the Application has been filed at the office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov/ (PACER password and login required) or may be obtained by contacting the Applicant in writing.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon the respective applicant: (i) counsel to the Debtor, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Erica R. Aisner, Esq., eaisner@kacllp.com; (ii) Office of the United States Trustee, Southern District of New York, One Bowling Green, New York, New York 10004, Attn: Annie Wells, Esq., annie.wells@usdoj.com; and (iii) all parties filing notice of appearance so as to be received no later than seven (7) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Application will be held **IN PERSON** in Courtroom 523 (and not via Zoom).

Dated: Scarsdale, New York
July 29, 2024

        KIRBY AISNER & CURLEY LLP
        *Attorneys for the Debtor*
        700 Post Road, Ste. 237
        Scarsdale, New York 10583
        (914) 401-9500

        By: */s/ Erica R. Aisner*
            Erica R. Aisner, Esq.