**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAWRENCE A. FIRST,<br><br>      Debtor. | Chapter 11<br><br>Case No. 22-11020 (MG) |

**NOTICE OF HEARING ON FOURTH INTERIM AND FINAL APPLICATION
OF AMINI LLC, SPECIAL LITIGATION COUNSEL FOR THE DEBTOR, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that a hearing on the **Fourth Interim and Final Application of Amini LLC, Special Litigation Counsel for the Debtor, for Allowance of Compensation and Reimbursement of Expenses** shall be held **August 19, 2024, at 10:00 a.m.** or as soon thereafter as counsel may be heard before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in Courtroom 523 of the United States Bankruptcy Court for the Southern District of New York ("Court"), located at One Bowling Green, New York, NY 10004.

PLEASE TAKE NOTICE that the application seeks interim and final allowance of fees and expenses, and the release of holdbacks relating to services rendered in prior interim fee periods as follows:

| Interim Fees and Expenses | |
|---|---|
| Interim fee period | January 1, 2024-May 31, 2024 |
| Fees requested for interim fee period: | $2,405 |
| Expenses requested for interim fee period: | $0 |
| Final Fees and Expenses | |
| Final fee period | September 22, 2022-May 31, 2024 |
| Fees requested for final fee period: | $569,071.50 |
| Expenses requested for final fee period: | $50,230.98 |
| Holdbacks requested for prior interim fee periods | $60,917.67 |

PLEASE TAKE FURTHER NOTICE that the application is filed with the Court and may be obtained on written request from the undersigned or alternatively by PACER.

PLEASE TAKE FURTHER NOTICE that any objection to the application must be filed with the Court by August 12, 2024, with two courtesy copies delivered to chambers at the time of filing.

Dated: New York, New York
       July 29, 2024

Amini LLC

/s/ Avery Samet
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for the Debtor