Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LAWRENCE A. FIRST,<br><br>                              Debtor. | Chapter 11<br>Case No. 22-11020 (MG)<br>**CERTIFICATE OF SERVICE**<br>Re: ECF Doc. #133 and #134 |

      I, Adelaide Santos, do hereby certify that I am not a party to this case, am over 18 years of age and am an employee of the firm Amini LLC.

      On July 30, 2024, deponent served a copy of the **Fourth Interim and Final Application of Amini LLC, Special Litigation Counsel for the Debtor, for Allowance of Compensation and Reimbursement of Expenses** (ECF Doc. #133) ("Application") and the **Notice of Hearing** (ECF Doc. #134) to consider the Application upon the parties listed on the attached Service List, by first class mail, by depositing a true and correct copy of the same, enclosed in a prepaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York.

      I certify under penalty of perjury that the foregoing is true and correct.

                                              _____
                                                Adelaide Santos

## SERVICE LIST

| | |
|---|---|
| Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Attn: Annie Wells, Esq. | NYC Corporation Counsel<br>100 Church Street<br>RM5-240<br>New York, NY 10007 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | New York State Attorney General<br>Attn: Enid Nagler Stuart<br>28 Liberty Street<br>New York, NY 10005 |
| NYS Dept. of Taxation and Finance<br>Bankruptcy/Special Proc. Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | JPMorgan Chase Bank<br>Attn: Legal Department<br>270 Park Avenue<br>New York, NY 10017 |
| U.S. Securities & Exchange Commission<br>100 F Street, NE, Attn: Legal Department<br>200 Vesey Street<br>New York, NY 10285 | NYC Dept. of Finance<br>345 Adams Street<br>3rd Floor<br>Brooklyn, NY 11201 |
| American Express National Bank<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Lawrence A. First<br>3270 Sturges Highway<br>Westport, CT 06880 |