KIRBY AISNER & CURLEY LLP

*Attorneys for the Debtor*

700 Post Road, Suite 237

Scarsdale, New York 10583

(914) 401-9500

Erica R. Aisner, Esq.

*Hearing Date: August 19, 2024*
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

LAWRENCE A. FIRST,

Debtor.

Chapter 11

Case No.: 22-11020 (MG)

-------------------------------------------------------------X

In re:

ASCP, LLC, et al.,

Plaintiff

v.

LAWRENCE A. FIRST,

Defendant

Chapter 11

Adv. Pro Case No.: 22-01166 (MG)

-------------------------------------------------------------X

## <u>NOTICE OF CHANGE OF FORMAT OF HEARINGS</u>

**PLEASE TAKE NOTICE**, that the following hearings currently scheduled to be heard in person on August 19, 2024 at 10:00 a.m., in the above referenced Chapter 11 case and Adversary Proceeding will no longer be held in person and now be heard ***<u>Via Zoom for Government</u>*** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York (Manhattan Division) or as soon as counsel may be heard:

In Chapter 11 Case No. 22-11020:

- Motion for Order authorizing ASCP, LLC and Ascribe Associates III LLC to Prosecute Lawsuit on behalf of Estate against Marie Iamunno. [ECF Doc No. 83];

- Debtor's Amended Motion for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Agreement Settling and Resolving All Claims and Controversies by and Between (i)(A) Debtor Lawrence A. First, (B) Marie Iamunno, Debtors Non-Debtor Spouse, and (ii) The Ascribe Entities. [ECF Doc No.122];

- First Application for Interim Professional Compensation for Hodgson Russ LLP, Special Counsel, period: 7/27/2022 to 4/30/2024, fee: $33,075.00, expenses: $22.67. [ECF Doc No. 125];

- Final Application for Professional Compensation and Reimbursement of Expenses of Kirby Aisner & Curley LLP, Attorneys for the Debtor [ECF No. 131]

- Debtor's Motion for Entry of an Order Dismissing this Chapter 11 Case [ECF Doc No. 132] and;

- Fourth Interim and Final Application of Amini LLC, Special Litigation Counsel for the Debtor, for Allowance of Compensation and Reimbursement of Expenses [ECF No. 133].

In Adversary Proceeding Case No. 22-01166:

- Case Management Conference [ECF No. 7];

**PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted using Zoom for Government. Parties should not appear in person and those wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an. Electronic appearance through the Court's website prior to 4:00 p.m. (Prevailing Eastern Time) on the business day before the Hearing. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at http://www.nysb.uscourts.govlcontentliudge-martin-glenn.**

Parties are advised to check the Court Calendar the day before for updated call-in times.

Dated: Scarsdale, New York
August 5, 2024

KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500

By: */s/ Erica R. Aisner*
Erica R. Aisner, Esq.